# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2023-0729
_____

DIEGO DAVID VALDES,

Appellant,

v.

CAPITAL LOAN COMPANY,
WILLIAM J. ABRACZINSKAS,
SANDRA ACOSTA, EJS
CONTRACTING, INC. a
corporation, and UNIVERSAL
SURETY OF AMERICA,

Appellees.

_____

On appeal from the Circuit Court for Jackson County.
Ana Maria Garcia, Judge.

April 30, 2024

PER CURIAM.

AFFIRMED.

ROWE, NORDBY, and LONG, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____


Diego David Valdes, pro se, Appellant.

H. Matthew Fuqua of Fuqua & Milton, P.A., Marianna, for Appellee Capital Loan Company.

No appearance by Appellee EJS Contracting.

No appearance by Appellee Universal Surety of America.

No appearance by Appellee William Z. Abraczinskas.

No appearance by Appellee Sandra Acosta.